Civil No. 07-3938 (JRT/JJK)

LOWELL P. BURRIS AND JOYCE P. BURRIS,

                    Plaintiffs,

v.

VERSA PRODUCTS, INC., G AND L PRODUCTS, INC., AND MENARD, INC.

                    Defendants.

-----------------------------------------------------

Civil No. 08-1292 (JRT/JJK)

**ORDER**

GULF UNDERWRITERS INSURANCE COMPANY,

                    Plaintiff,

v.

LOWELL P. BURRIS, JOYCE P. BURRIS, VERSA PRODUCTS, INC., G AND L PRODUCTS, INC., MENARD, INC.

                    Defendants.

Dennis R. Letourneau, **DENNIS R LETOURNEAU & ASSOCIATES, PA**, 1660 South Highway 100, Suite 500, St. Louis Park, MN 55416, for Lowell and Joyce Burris.

Matthew D. Sloneker and Richard A. Lind, **LIND JENSEN SULLIVAN & PETERSON, PA**, 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402, for Versa Products, Inc. and G and L Products, Inc.

Matthew R. Smith and Steven E. Tomsche, **TOMSCHE SONNESYN & TOMSCHE**, 610 Ottawa Avenue North, Minneapolis, MN 56303; Robert L. McCollum, **MCCOLLUM CROWLEY MOSCHET & MILLER, LTD.**, 7900 Xerxes Avenue South, Suite 700, Minneapolis, MN 55431, for Menard, Inc.

Thomas A. Gilligan, Jr., **MURNANE BRANDT, PA**, 30 East Seventh Street, Suite 3200, St. Paul, MN 55101, for Gulf Under Writers Insurance Company.

In case, *Burris v. Versa Products, Inc. et al.*, Case No. 07-3938, Lowell P. Burris and Joyce P. Burris (collectively, "Burris"), brought a products liability action against co-defendants Versa Products, Inc., G and L Products, Inc., and Menard, Inc. (collectively, "the products liability defendants"). The products liability defendants thereafter brought motions for summary judgment, and in response Burris requested that the Court consolidate that case, Case No. 07-3938, and the declaratory judgment action, Case No. 08-1292. (*See* Case No. 07-3938, Docket No. 61 at 9.)

Accordingly, the attorneys for the declaratory judgment action, are **HEREBY DIRECTED** to respond to Burris's request for consolidation, or in the alternative the parties shall file a stipulation for consolidation, within 14 days of the date of this order.

DATED: October 7, 2009             _____s/John R. Tunheim_____
at Minneapolis, Minnesota.             JOHN R. TUNHEIM
                                                          United States District Judge