## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| LOWELL P. BURRIS and<br>JOYCE P. BURRIS, | Civil No. 07-3938 (JRT/JJK) |
| Plaintiffs, | |
| v. | **ORDER** |
| VERSA PRODUCTS, INC.,<br>G AND L PRODUCTS, INC., and<br>MENARD, INC., | |
| Defendants. | |

Dennis R. Letourneau, **DENNIS R. LETOURNEAU & ASSOCIATES, PA**, 1660 South Highway 100, Suite 500, Saint Louis Park, MN 55416, for plaintiffs.

Matthew D. Sloneker and Richard A. Lind, **LIND JENSEN SULLIVAN & PETERSON**, 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402, for defendant Versa Products and G and L Products.

Matthew R. Smith and Steven E. Tomsche, **TOMSCHE SONNESYN & TOMSCHE**, 610 Ottawa Avenue North, Minneapolis, MN 55422, for defendant Menard, Inc.

Pursuant to the Order filed in the related action, *Gulf Underwriters Insurance Company v. Burris et al.*, Case No. 08-1292, this action is **STAYED** for a period of six months, or until further order of the Court.

DATED: December 23, 2009             ____s/ John R. Tunheim____
at Minneapolis, Minnesota.                JOHN R. TUNHEIM
                                                  United States District Judge