UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lowell P. Burris and Joyce P. Burris, | Civil No.: 07-3938 JRT/JJK |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF MOTION TO COMPEL DISCOVERY SERVED UPON DEFENDANTS** |
| Gulf Underwriters Insurance Company, Versa Products, Inc., and G and L Products, Inc. | |
| Defendants. | |

Plaintiffs, Lowell P. Burris and Joyce P. Burris, requests the Court, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, and Rule 7.1(a) of the Local Rules of the United States District Court for the District of Minnesota, for the entry to compel discovery served upon Defendants Gulf Underwriters Insurance Company and Versa Products, Inc. for sufficient and adequate answers to Plaintiffs' interrogatories and responses to Plaintiffs' document requests.  Said Motion is scheduled to be heard on the 6th day of February, 2013, at 2:00 p.m., or as soon as counsel may be heard, before the Honorable Jeffrey J. Keyes, at the United States District Court, 646 Warren E. Burger Federal Courthouse, 316 N. Robert Street, St. Paul, Minnesota.

Plaintiffs' certify that they have in good faith conferred or attempted to confer with the named Defendants in an effort to obtain sufficient and adequate answers and responses to Plaintiffs' discovery without court action.

2

     In support of this request, Lowell P. Burris and Joyce P. Burris rely upon the record in this case and the affidavits submitted herewith.

Dated: January 23, 2013          HANDORFF LAW OFFICES, P.C.

                                              /s/Thomas F. Handorff
                                      HANDORFF LAW OFFICES, P.C.
                                      Thomas F. Handorff (#285882)
                                      1660 South Highway 100, Suite 500
                                      St. Louis Park, Minnesota 55416
                                      (952) 697-3656

                                      *Attorneys for Plaintiffs Lowell P Burris and Joyce P Burris*